NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**IN RE:  STEVEN SOUNYOUNG YU, SOUNIL YU,**
*Appellants*

_____

2022-1211

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 15/917,789.

_____

**JUDGMENT**

_____

STEVEN YU, Fairfax, VA, argued for appellants Steven Yu, Sounil Yu.

WILLIAM LAMARCA, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Katherine K. Vidal.  Also represented by MARY L. KELLY, THOMAS W. KRAUSE, AMY J. NELSON, FARHEENA YASMEEN RASHEED.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, CLEVENGER, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 2, 2022          /s/ Peter R. Marksteiner
Date                      Peter R. Marksteiner
                          Clerk of Court